

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00391-CV

Austin **TAYLOR**, in his individual capacity; Taylor Shipping Solutions, LLC; OTI Trucking, LLC; Online Transport International, LLC; Griffin Cargo & Transport, LLC; OTI Enterprises, LLC; and Ace Stevedoring, Inc.,
Appellants

v.

Joseph **LASSEN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-23394
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: July 23, 2025

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). By agreement of the parties, we order all costs to be borne by the party that incurred them. *Id.*

PER CURIAM